**Fill in this information to identify the case:**

Debtor 1 _____Aaron Leon Gray_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __District Of Columbia___   District of __Columbia___
(State)

Case number ___13-00558-SMT_____

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION , AS TRUSTEE OF THE IGLOO SERIES III TRUST_____

**Court claim no.** (if known): 8_____

**Last 4 digits** of any number you use to identify the debtor's account: 4229 ____ ____ ____

**Property address:** 3411 24Th St Ne_____
Number      Street

_____

Washington, D.C.  20018_____
City                              State        ZIP Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                      $ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ____/____/_____
MM / DD  / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                         (a)  $ 6,898.88_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:          + (b)  $ _____

c.  **Total**. Add lines a and b.         Less Suspense $242.59          (c)  $ 6,656.29_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:        5___/ 1 / 2018___
MM / DD  / YYYY

Debtor 1    Aaron Leon Gray
_____
First Name        Middle Name        Last Name

Case number (*if known*) 13-00558-SMT
_____

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■ all payments received;
■ all fees, costs, escrow, and expenses assessed to the mortgage; and
■ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Dinh Ngo                    (dn 12/18/18)          Date  12 / 18 / 2018
Signature

Print      Dinh Ngo, Esq.
_____          Title   Attorney for creditor
First Name        Middle Name        Last Name

Company    McCabe, Weisberg & Conway, LLC
_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    312 Marshall Ave, Suite 800
_____
Number            Street

Laurel, MD 20707
_____
City                        State        ZIP Code

Contact phone  (301    ) 490  – 3361          Email  bankruptcyva@mwc-law.com